UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Emmanuel Flores<br><br>                    Debtor(s)<br>David E. Grochocinski, Trustee<br><br>                    Plaintiff(s)<br>Emmanuel Flores<br><br>                    Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 09-45629<br><br>Chapter: 7<br><br>Honorable John H. Squires<br><br>Adv. No.: 10-02064 |

## DEFAULT JUDGMENT

THIS CAUSE coming on to be heard on the motion of David E. Grochocinski, Trustee, for entry of an order of default against Defendant Emmanuel Flores, the Court having found Defendant in default for failure to appear and answer or otherwise respond to Trustee's complaint, due notice having been given and the Court being advised in the premises;
IT IS HEREBY ORDERED:
1. Judgment is entered in favor of David E. Grochocinski, Trustee, and against Defendant Emmanuel Flores;
2. The discharge previously granted to Emmanuel Flores on June 1, 2010, is hereby revoked and denied pursuant to 11 U.S.C. §727(d)(3) and the clerk is directed to send notice to all creditors of such revocation.
4. This is a final order, and no reason exists to stay enforcement or appeal of this order.

Enter: /s/ John H. Squires

Honorable John H. Squires
United States Bankruptcy Judge

Dated: DEC 17 2010

**Prepared by counsel of Movant:**

Ariane Holtschlag
Grochocinski, Grochocinski &
Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462
(708) 226-2700
Fax: (708) 226-9030
Email: lawyers@ggl-law.com

Rev: ILNB20100428_apo